December 16, 2011

Mr. Philip Durst
Deats Durst Owen & Levy, P.L.L.C.
1204 San Antonio, Suite 203
Austin, TX 78701
Ms. Julia J. Gannaway
Lynn Pham & Ross, LLP
306 West Broadway Ave., Suite 100
Fort Worth, TX 76104

RE: Case Number: 07-1011
 Court of Appeals Number: 01-04-00548-CV
 Trial Court Number: 2001-62439

Style: KEITH LOWELL, ET AL.
 v.
 CITY OF BAYTOWN, TEXAS

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. M. Karinne |
| |McCullough |
| |Ms. Theresa Chang |
| |Mr. N. Bennett Sandlin |